U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 1 4 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

2:07-CV-387-WKW

## UNITED STATES DISTRICT COURT
## Western DISTRICT OF LOUISIANA

Ronnie Richardson

_____

(Enter above the full name of each plaintiff in this action)

VERSUS

State of Alabama et.al.
Montgomery County Circuit Court
Judge Tracy McCooey and D.A. Eleanor Brooks
Troy King, attorney general,

(Enter above the full name of each defendant in this action.)

Ala.
AIS # 142585
_____
Inmate (DOC) number

**5:07cv0514  SEC P**
**JUDGE HICKS**
**MAG. JUDGE HORNSBY**

## Instructions for Filing Complaint by Prisoners
## Under the Civil Rights Act, 42 U.S.C. § 1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

<u>IF YOU ARE A PARISH PRISONER</u>, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

<u>IF YOU ARE A D.O.C. PRISONER</u>, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for <u>each</u> defendant no longer employed by the Department of Public Safety and Corrections.

**<u>All copies of the complaint must be identical to the original.</u>**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same.**

In order for this complaint to be filed, it must by accompanied by the filing fee of $120.00. In addition, the United States Marshal will require you to pay the cost of serving

-1-

SCANNED

the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS O CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS.</u>

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the District you are filing in. For example: Clerk of Court, Middle District of Louisiana, P.O. Box 2630, Baton Rouge, La. 70821.

I.  Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
      Plaintiff(s): _____N/A_____

      Defendant(s): _____N/A_____

   2. Court (if federal court, name the district; if state court, name the parish): _____N/A_____

   3. Docket number: _____N/A_____

   4. Name of judge to whom case was assigned: _____N/A_____

   5. Disposition (for example: Was case dismissed? Was it appealed? Is it still pending?):

-2-

_N/A_

6. Date of filing lawsuit: _N/A_

7. Date of Disposition: _N/A_

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted? Yes ( ) No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought. _N/A_

II. Place of confinement: _West Carroll Detention Center, Epps, La. 71237_

A. Is there a prisoner grievance procedure in this institution? Yes ( ) No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ( ) No (✓)

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _None available for Ala. DOC inmates_

2. What steps did you take? _N/A_

3. What was the result? _N/A_

D. If your answer is No, explain why not: _None available or in place for Ala. inmates._

III. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

-3-

A. Name of plaintiff(s) Ronnie Richardson
   Address
   W.C.D.C. 180 Capital Bank Dr. Epps, La. 71237 Dorm A-1

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant State of Ala. District attorney Eleanor Brooks is employed as District attorney at Montgomery County Circuit Court, Montgomery, Ala. Courthouse, P.O. Box 1667 Montgomery, Ala. 36102-1667

C. Additional Defendants: Circuit Judge, Tracy McCooey, Montgomery Ala. Circuit Court Judge, P.O. Box 1667, Montgomery Courthouse, Montgomery, Alabama, 36102-1667.
For the State of Alabama, Troy King, attorney general.

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

District attorney Eleanor Brooks charged petitioner with violating the Ala. Community Notification Act, retroactively Applied to a 1985 conviction. Circuit Judge Tracey McCooey sentence petitioner to a "new" 10 yr. sentence without elements of a crime being comitted. Petitioner was convicted in 1985 for a "Sex offense". Parole in 1997 and registering yearly in December. Due to intervening change in law, the attorney general opted to amend Community Notification Act. The district attorney Eleanor Brooks charged petitioner with violating "new law" and subsequently arrested the petitioner in September 2003, three months prior to the lawful annual date for registration. Judge McCooey imposed a "Ten Year" sentence for a crime never committed and imprisoned an actually innocent man.

V. Relief Petitioner requests a full and fair hearing in the matter and cause. To appoint adequate legal counsel.

-4-

IV. Statement of Claim:

Attorney general, Troy King knew or should have know that, retroactively amending the "Ala. Community Notification" Act, to include and make liable to punishment, persons whom had been convicted prior would be Unconstitutional. Troy King knew or should have known as chief legal officer, and administrator of law, in writings of the Alabama Criminal Code 13A, that a test for Constitutionality was mandatory, and if was not carried out, that the State prosecutors would illegally use the "Notification Act" and charge persons "not liable" to the "Act" or legally punishable to the offense.* The Community Notification Act was applied to a 1985 conviction, and an arrest was authorized in September of 2003 for a man whom was required to register in December, the month of his birth as the law required. Petitioner states he has been "shipped" to Louisiana to "break" jurisdiction of the Court whom imposed sentence. The physical custody of Ronnie Richardson is in Louisiana, West Carroll Parish and the very laws of Alabama prevent relief from imprisonment. The transfer of Petitioner should be considered by this Most Honorable Higher U.S. Court, and the recent ruling of U.S. District Court (San Francisco) California. The Petitioner is a victim of unconstitutional circumstances and represents illegal acts of bias and prejudice in regards to the Alabama State Courts and interest of the State in other Courts located in Alabama. The Petitioner respectfully request "Leave to Stay" in U.S. District Court of Louisiana for the reasons and rationale subject matter concerning fundamental fairness rule. Alabama Convicted illegally and sentenced illegally an innocent man. The fairness lies in an unbias Louisiana U.S. District Court to adjudicate this case of misapplication of State Statue. No crime has been committed and the Petitioner is being punished twice for the same offense by law promulgated and enacted after the offense.

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes. Attach no exhibits. *furthermore stated, to Overturn conviction and suspend sentence with declaration from this Court of "Illegal sentence" brought by "Unconstitutional conviction pursuant intervening change in law, Alabama Community Notification Act. Misapplication of State Statue". To, free Ronnie Richardson, and award money damages for mental anguish pain and suffering, and award of one million, 500 Thousand dollars, with expunged record, (1,500,000).*

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee, and any cost assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this _8th_ day of _March_, 20_07_.

_Ronnie Richardson_
_____
Signature of plaintiff(s)

# UNITED STATES DISTRICT COURT

_Western_ **DISTRICT OF LOUISIANA**

-5-

Ronnie Richardson #15142585-
West Carrol Detention Center
180 Capital Bank Drive
Epps, Louisiana 71237

LEGAL MAIL

Clerk United States District Co
Western District of Louisiana
United States Courthouse
Shreveport, Louisiana 71101-30



U.S. POSTAGE PAID
EPPS, LA
71237
MAR 13, 07
AMOUNT
$0.00
0005075-02

5:07cCase:5:07-cv-00512-SMH-MLH Document 1-2 Filed 03/14/2007 Page 1 of 1
Case 2:07-cv-00387-WKW-CSC Document 1-2 Filed 03/14/2007 Page 1 of 1
2:07-CV-387-WKW

JS 44 (Rev. 11/04)   Hick/Hornsby   **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Ronnie Richardson #142585

**DEFENDANTS** State of Alabama; Montgomery County Circuit Court; Tracy McCooey; Eleanor Brooks; Troy King

(b) County of Residence of First Listed Plaintiff   W. Carroll
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
W. Carroll Det. Ctr.
180 Capital Bank Dr.
Epps, LA 71237

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☒ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: 42:1983 pr

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,500,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____