U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

Case 5:07-cv-00514-SMH-MLH   Document 2   Filed 03/16/2007   Page 1 of 5
Case 2:07-cv-00387-WKW-CSC   Document 2   Filed 03/14/2007   Page 1 of 5

MAR 1 4 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

__Ronnie Richardson__
(Plaintiff)

Inmate (DOC) number: U.S. 142585

VERSUS

__State of Alabama et al.__
__Montgomery County Circuit Court,__
(Defendant) __Troy King, attorney general,__

5:07cv0514   SEC P
JUDGE HICKS
MAG. JUDGE HORNSBY

2:07-CV-387-WKW

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW __Ronnie Richards__ plaintiff, in the above-styled cause and, pursuant to the provisions of Title 18, United States Code, Section 1915, respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefore. In accordance with 28 U.S.C. § 1915(b)(1) and (2), the plaintiff shall be required to pay an initial partial filing fee and thereafter, prison officials shall be required to forward monthly payments from the plaintiff's inmate account until the entire filing fee is paid.

Date: 3-8-2007       __Ronnie Richardson__
                          Signature

## AFFIDAVIT IN SUPPORT OR REQUEST
## TO PROCEED IN FORMA PAUPERIS

I, __Ronnie Richardson__, declare that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further declare that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes ☐   No ☑

   a. If your answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.
      __none__
      _____
      _____

-6-

 b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. __N/A__

2. Have you received within the past twelve months any money from any of the following sources?

 a. Business, profession or form of self-employment? Yes ☐ No ☑

 b. Rent payments, interest or dividends? Yes ☐ No ☑

 c. Pensions, annuities or life insurance? Yes ☐ No ☑

 d. Gifts or inheritances? Yes ☐ No ☑

 e. Any other sources? Yes ☐ No ☑

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months. __N/A__

3. Do you own cash, or do you have money in a checking or savings account? Yes ☑ No ☐ (☎Include any funds in prison accounts.) If the answer is "yes", state the total value of the items owned.

 Prison Drawing Account $ __$3.76__
 Prison Savings Account: $ __N/A__
  A. Cash __N/A__
  B. Bonds __N/A__
 Other (specify) __N/A__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ☐ No ☑

If the answer is "yes", describe the property and state its approximate value. __N/A__

-7-

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _NONE_

I declare under penalty of perjury that the foregoing is true and correct.

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

3-8-2007
Date

*Ronnie Richardson*
Signature of Plaintiff

## STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)

I hereby certify that Ronnie Richardson inmate number H25855, the plaintiff herein has the following sums of money on account to his credit at the West Carroll Detention Center, the institution where he is confined:

-8-

Prison Drawing Account: $ _____ -$ 3.16 _____

Prison Saving Account: $ _____ N/A _____

    A.    Cash _____ N/A _____

    B.    Bonds _____ N/A _____

I further certify that the average monthly deposits for the preceding six months is

$ __22.57__ .

*(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total divided by six.)*

I further certify that the average monthly balance for the prior six months is

$ __1.98__ .

*(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six months. The balance from each of the six months are to be added together and the total is to be divided by six.)*

X  Date Certified: __3/1/07__     X __Molly M Cox - Inmate Account__
                                                  Signature of Authorized Officer of Institution

03/01/2007                                                                                           PAGE :        1

# INMATE ACCOUNT DETAIL REPORT
WEST CARROLL DETENTION CENTER

BOOKING NO : **2006110024**     FILE NO. : **108028**

INMATE NAME : **RICHARDSON, RONNIE**                         CELL : **DORMA1 38**

| TYPE | DESCRIPTION | TRANSACTION DATE | AMOUNT | NEW BALANCE |
|---|---|---|---|---|
| CREDIT | STATON CORRECTIONAL | 12/11/2006 | $ 25.14 | $ 25.14 |
| DEBIT | COMMISSARY POST FOR 12/12/2006 | 12/12/2006 | $ 15.29 | $ 9.85 |
| DEBIT | COMMISSARY POST FOR 12/13/2006 | 12/13/2006 | $ 9.37 | $ 0.48 |
| CREDIT | ARLENE RICHARDSON | 02/23/2007 | $ 20.00 | $ 20.48 |
| DEBIT | COMMISSARY POST FOR 02/27/2007 | 02/27/2007 | $ 17.32 | $ 3.16 |