UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RONNIE RICHARDSON | CIVIL ACTION NO. 07-514-P |
| VERSUS | JUDGE HICKS |
| STATE OF ALABAMA, ET AL. | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**   2:07-CV-387-WKW

Before the Court is a civil action filed by pro se plaintiff Ronnie Richardson, pursuant to 42 U.S.C. § 1983. This complaint was received and filed in this Court on March 14, 2007. Plaintiff is incarcerated in the West Carroll Detention Center in Epps, Louisiana. He complains his civil rights were violated during his criminal trial proceedings in Alabama. He names the State of Alabama, the Montgomery County Circuit Court, Tracy McCooey, Eleanor Brooks and Tory King as defendants.

Pursuant to the authority granted in 28 U.S.C. § 1406, **IT IS HEREBY ORDERED** that the Clerk of Court **TRANSFER** the above captioned case to the United States District Court for the Middle District of Alabama, the district in which the alleged cause of action arose. See 28 U.S.C. § 1391. **IT IS FURTHER ORDERED** that a determination of Plaintiff's pauper status herein be and it is hereby deferred to the transferee court for resolution and disposition.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 27th day of April, 2007.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE